**FILED**

DEC 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



RYAN LAW OFFICES
1416 WEST STREET
REDDING, CA 96001
(530) 247-1889 TEL.
(530) 229-1423 FAX

Adam B. Ryan, SBN 188419
Attorney for Defendant MICHAEL CHARLTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:09-MJ-000045 |
| Plaintiffs, | **REQUEST FOR AUTHORIZATION TO EMPLOY INVESTIGATOR AND ORDER THEREON** |
| vs. | |
| MICHAEL CHARLTON, | |
| Defendant, | |

It is respectfully requested that JASON MOORE of MOORE PROFESSIONAL INVESTIGATION SERVICES be appointed to investigate matters relating to the above entitled case and that he be allowed reimbursement for interviews of witnesses and defendant at the rate of $60.00 per hour.

DATED: 12/8/09

Adam B. Ryan
Attorney for Defendant

"IT IS SO ORDERED"

DATED: 12/16/09

U.S. MAGISTRATE JUDGE

REQUEST FOR AUTHORIZATION TO EMPLOY INVESTIGATOR AND ORDER THEREON